UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                    Plaintiff,                         08-MJ-01457-UA

            -against-                                       **NOTICE OF APPEARANCE**

VIJENDRA GANGADEEN,
RICHIE SEUPERSAD, and
SUSAN HONEYCUTT,

                                    Defendants.
-------------------------------------------------------------X

        Please take notice that I, ROBERT C. GOTTLIEB, hereby appear as Attorney of Record

on behalf of the defendant, SUSAN HONEYCUTT, in the above-entitled action and that all

future correspondence in connection with this action are to be directed to me at the address

indicated below.

DATED:        New York, New York
              July 18, 2008


                                        Respectfully submitted,


                                        Robert C. Gottlieb (1930)
                                        LAW OFFICES OF
                                        ROBERT C. GOTTLIEB
                                        111 Broadway, Suite 701
                                        New York, NY 10006
                                        (212) 566-7766
                                        fax: (212) 374-1506

cc:     Glen Alexander Kopp, A.U.S.A.
        United States Attorney's Office
        One St. Andrew's Plaza
        New York, NY 10007

        All other counsel of record
        (Via Electronic Case Filing)

LAW OFFICES OF
ROBERT C. GOTTLIEB